## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JOAN BLACK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:10-CV-96** |
| | ) | **Removed from the Chancery** |
| **AUTO-OWNERS (MUTUAL) INSURANCE** | ) | **Court for Union County, TN** |
| **COMPANY,** | ) | **No. 5909** |
| | ) | |
| **Defendant.** | ) | |

### AGREED ORDER OF COMPROMISE AND DISMISSAL
### WITH PREJUDICE

Plaintiff Joan Black and Defendant Auto-Owners Insurance Company, by and through their respective counsel, represent to the Court that all matters, issues, and causes of action between Plaintiff and Defendant have been resolved, by the terms of which Plaintiff's cause of action is to be dismissed with prejudice. It is therefore ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Complaint, claims, and cause of action against Auto-Owners Insurance Company are hereby dismissed with prejudice with each party to bear its own costs.

ENTERED this _1⁸ᵗ_ day of _Feb_ , 2011.

_Thomas W. Phillips_

**THOMAS W. PHILLIPS**
**U.S. DISTRICT COURT JUDGE**

**EXHIBIT**
tabbies
_1_

**APPROVED FOR ENTRY:**

Craig L. Garrett, Esq. BPR #010227
GARRETT & BOYD
607 Smithview Drive
Maryville, TN 37803
*Attorneys for Plaintiff*

Howard E. Jarvis, Esq. BPR #006673
Dean T. Howell, Esq. BPR #022130
WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
*Attorneys for Defendant Auto-Owners Insurance Company*

2